## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**KEITH RUSSELL JUDD,**

     **Movant,**

**v.**                       **Case No.** `2:10-0734`
                                      _____

**UNITED STATES OF AMERICA,**

     **Defendant.**

### MEMORANDUM OPINION AND ORDER

On April 5, 2010, Movant filed a document entitled "Independent Action for Relief from Judgment to Correct Record That There is No Federal Felony Conviction for Keith Russell Judd." Movant was not convicted in this United States District Court; nor is he presently incarcerated within this District. Rather, Movant was convicted in the United States District Court for the Western District of Texas, and he has been barred from filing further post-conviction or other pleadings in that court. Movant appears to now be filing pleadings with this court solely to avoid the restrictions placed on him in the Texas courts.

Accordingly, I **FIND** that this court lacks jurisdiction over any proceedings pertaining to Movant's criminal conviction in Texas and hereby **ORDER** Movant to refrain from any further filings in this court concerning post-conviction remedies.

The court **DIRECTS** the Clerk to send a certified copy of this Written opinion and Order to Movant.

                    ENTER:      May 12, 2010

                        *Joseph R. Goodwin*

                    Joseph R. Goodwin, Chief Judge